UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADAM EDWARDS,

    Plaintiff,

v.

                                                                                        Case No. 1:23-cv-1042

RESTORED HOLDINGS, LLC, et al.,             HON. JANE M. BECKERING

    Defendants.

_____/

**ORDER**

This is a civil action brought by a *pro se* litigant. Defendant West Michigan Court Services, LLC filed a Motion to dismiss (ECF No. 21). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 34) on April 9, 2024, recommending that this Court grant the motion and dismiss Plaintiff's claims against Defendant West Michigan Court Services, LLC. The Report and Recommendation was duly served on the remaining parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 34) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to dismiss (ECF No. 21) is GRANTED. Plaintiff's claims against Defendant West Michigan Court Services, LLC are DISMISSED with prejudice.

This Order terminates Defendant West Michigan Court Services, LLC.

Dated: May 1, 2024                                                             /s/ Jane M. Beckering
                                                                                          JANE M. BECKERING
                                                                                          United States District Judge