UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADAM EDWARDS,

    Plaintiff,

v.

RESTORED HOLDINGS, LLC, et al.,

    Defendants.
_____/

Case No. 1:23-cv-1042

HON. JANE M. BECKERING

# **ORDER**

This is a civil action filed by a *pro se* litigant.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 41) on July 1, 2024, recommending that this matter be dismissed with prejudice due to Plaintiff's failure to cooperate in preparing a discovery plan and for his repeated failure to comply with the Court's orders.  The Report and Recommendation was duly served on the remaining parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 41) is APPROVED and ADOPTED as the Opinion of the Court, and this matter is DISMISSED with prejudice due to Plaintiff's failure to cooperate in preparing a discovery plan and for his repeated failure to comply with the Court's orders.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

A Judgment will be entered consistent with this Order.

Dated:  July 25, 2024

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge