UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADAM EDWARDS,

    Plaintiff,

v.

RESTORED HOLDINGS, LLC, et al.,

    Defendants.
_____/

Case No. 1:23-cv-1042

HON. JANE M. BECKERING

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that this matter is DISMISSED with prejudice due to Plaintiff's failure to cooperate in preparing a discovery plan and for his repeated failure to comply with the Court's orders.

Dated: July 25, 2024

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge